JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHS Entertainment, Inc., | CV 10-1719 PA (AJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| Skip Fredricks; Skip Fredricks TV, Inc.; Wizzard Software Corporation; Apple Inc.; and Does 1 through 10, | |
| Defendants. | |

In accordance with this Cout's January 31, 2011 Order granting the Motions for Default Judgment filed by plaintiff GHS Entertainment, Inc. ("Plaintiff") against defendants Skip Fredricks and Skip Fredricks TV, Inc. (collectively "Defendants"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Defendants shall pay Plaintiff damages in the amount of $1,590,000.

2. Defendant shall pay Plaintiff attorneys' fees in the amount of $37,400.

3. Plaintiff is entitled to interest on the principal amount of the judgment to Plaintiff at a statutory rate pursuant to 28 U.S.C. § 1961(a).

//

//

4. Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from using, distributing, or otherwise infringing the copyrights of the works identified in Exhibit 1 attached to this Judgment.

IT IS SO ORDERED.

DATED: January 31, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE